**FILED**

April 22, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JUAN FLORES-TAPIA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-00644-OLG** |
| | § | |
| **TODD BLANCHE, United States** | § | |
| **Attorney General, *et al.*,**[1] | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner Juan Flores-Tapia's Motion to Compel (Dkt. No. 11), to which Respondents have responded (Dkt. No. 12) and Petitioner has replied (Dkt. No. 13).

Petitioner is a citizen of Mexico who entered the United States without inspection almost 20 years ago and the father of three United States citizens. (Dkt. No. 1 at 4–5.) He was arrested by immigration authorities for the first time on October 1, 2025, and has been detained ever since. (*Id.* at 5–6.) On March 16, 2026, the Court granted Petitioner's request for habeas relief on due-process grounds, requiring Respondents to provide him with a bond hearing to determine whether he poses a danger or flight risk, *or otherwise release him* under appropriate conditions on or before March 23, 2026. (Dkt. No. 9 at 4–8 (emphasis added)). On March 25, 2026, Respondents advised that Petitioner was given an eleventh-hour bond hearing, of which his attorney had no notice, and represented that "another bond hearing w[ould] be set with notice to the immigration attorney now of record." (Dkt. No. 10 at 1.)

Petitioner filed the instant Motion on April 4, 2026, seeking to compel Respondents' compliance with the Court's March 16 Order by requiring Petitioner's immediate release.

---

[1]Todd Blanche became the Acting Attorney General on April 2, 2026, and is therefore automatically substituted as a Respondent in this action. *See* FED. R. CIV. P. 25(d).

(Dkt. No. 11 at 7.) In response, Respondents defend the outcome of the last-minute bond hearing conducted on March 23 without notice, arguing that they complied with the Court's order. (Dkt. No. 12 at 3; *see* Dkt. No. 12-1 at 1–3.)

Upon review, the Court finds that Petitioner's Motion to Compel (Dkt. No. 11) should be and hereby is **GRANTED** as follows:

1.      Respondents must release Petitioner Juan Flores-Tapia from custody under appropriate conditions to a public place on or before **Friday, April 24, 2026**;

2.      Respondents must notify Petitioner's counsel of the exact location and time of Petitioner's release as soon as practicable and **at least two hours before release**; and

3.      Respondents must file a status report no later than **Monday, April 27, 2026**, confirming that Petitioner has been released under appropriate conditions.

It is so **ORDERED**.

**SIGNED** on April _____, 2026.

ORLANDO L. GARCIA
United States District Judge